IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MICHAEL FAIRBANKS,**

        Petitioner,

v.

**R. BROWN**, Warden,

        Respondent.

**Civil Action No. 5:23-CV-58**
Judge Bailey

## ORDER DISMISSING CASE

Pending before this Court on initial review is petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1]. In his Petition, the petitioner states that the petition concerns the Congressionally mandated COVID-19 relief under the First Step/CARES Act, which he claims mandates 365 days earned time credits and 180 days additional good time credits for Federal inmates who during the COVID-19 pandemic were prohibited from participating in institutional programming and which he claims the Bureau of Prisons failed to grant him.

It is important to note that this is not a case where the petitioner seeks to have credits that he or she has earned applied to the sentence.[1] Rather, it is a claim that Congress said that he is automatically entitled to such credits.

The problem with this argument is that the petitioner has failed to identify such a provision nor can this Court find such a provision.

---

[1] Such a claim would clearly require exhaustion.

For that reason, the Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 **[Doc. 1]** is **DENIED** and **DISMISSED**. The Clerk is directed to **STRIKE** this matter from the active docket of this Court and enter judgment in favor of respondent.

It is so **ORDERED**.

The Clerk is directed to provide copies of this Order to all counsel of record, and to mail a copy to petitioner.

**DATED:** April 26, 2023.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**