# UNITED STATES DISTRICT COURT
for the
### Northern District of West Virginia

Michael Fairbanks

*Plaintiff(s)*

v.                                          Civil Action No. 5:23-cv-58

R. Brown

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award        ☐ Judgment costs        ☒ Other

other:    The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk is directed to STRIKE this matter from the active docket of this Court.  Judgment entered in favor of respondent.

This action was:

☐ tried by jury        ☐ tried by judge        ☒ decided  by judge

decided by Judge   John Preston Bailey

Date:    April 26, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*